Michael J. McCue
Nevada Bar No. 0488
Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702-949-8200
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

John M. Desmarais
*Pro hac vice* application to be submitted
Ameet A. Modi
*Pro hac vice* application to be submitted
DESMARAIS LLP
230 Park Avenue
New York, New York 10169
Tel: 212-351-3400
E-mail: jdesmarais@desmaraisllp.com
E-mail: amodi@desmaraisllp.com

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VOIP-PAL.COM, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE, INC., a California corporation,<br><br>Defendant. | Case No. 2:18-cv-00953-RFB-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANT APPLE INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and District of Nevada Local Rule IA 6-1, Plaintiff Voip-Pal.com, Inc. ("Plaintiff") and Defendant Apple Inc. ("Defendant") state the following:

The Complaint was filed on May 24, 2018. Good cause exists for the requested extension of time. Defendant needs additional time to evaluate all of the claims alleged in the Complaint. Accordingly, Defendant has requested, and Plaintiff has agreed to grant, an extension of time up to and including August 14, 2018, to file and serve its answer or

other response to the Complaint.

**IT IS SO AGREED AND STIPULATED:**

| ALVERSON, TAYLOR, MORTENSEN & SANDERS | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| By: /s/ Adam R. Knecht <br> Kurt R. Bonds <br> Adam R. Knecht <br> 6605 Grand Montecito Pkwy., Suite 200 <br> Las Vegas, NV 89149 <br> Tel: 702-384-7000 <br> E-mail: efile@alversontaylor.com <br><br> Kevin N. Malek <br> MALEK MOSS PLLC <br> 340 Madison Avenue, 19th Floor <br> New York, NY 10173 <br> Tel: 212-812-1491 <br> E-mail: kevin.malek@malekmoss.com <br><br> *Attorneys for Plaintiff Voip-Pal.com, Inc.* | By: /s/ Meng Zhong <br> Michael J. McCue <br> Meng Zhong <br> 3993 Howard Hughes Pkwy, Suite 600 <br> Las Vegas, NV 89169-5996 <br> Tel: 702-949-8200 <br> E-mail: mmccue@lrrc.com <br> E-mail: mzhong@lrrc.com <br><br> DESMARAIS LLP <br> John M. Desmarais <br> *Pro hac vice* application to be submitted <br> Ameet A. Modi <br> *Pro hac vice* application to be submitted <br> 230 Park Avenue <br> New York, New York 10169 <br> Tel: 212.351.3400 <br> E-mail: jdesmarais@desmaraisllp.com <br> E-mail: amodi@desmaraisllp.com <br><br> *Attorneys for Defendant Apple Inc.* |

**IT IS SO ORDERED:**

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

DATED: 6-4-2018