Michael J. McCue
Nevada Bar No. 0488
Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702-949-8200
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

John M. Desmarais
*Pro hac vice* application to be submitted
Ameet A. Modi
*Pro hac vice* application to be submitted
DESMARAIS LLP
230 Park Avenue
New York, New York 10169
Tel: 212-351-3400
E-mail: jdesmarais@desmaraisllp.com
E-mail: amodi@desmaraisllp.com

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VOIP-PAL.COM, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE, INC., a California corporation,<br><br>Defendant. | Case No. 2:18-cv-00953-RFB-GWF<br><br>**UNOPPOSED MOTION TO EXTEND THE TIME FOR DEFENDANT APPLE INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(Second Request)** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and District of Nevada Local Rules IA 6-1 and 6-2, Defendant Apple Inc. ("Defendant") respectfully moves the Court for an order extending the time for Defendant to answer the Complaint to November 12, 2018.

The Complaint was filed on May 24, 2018. The Court granted a stipulated extension of time to answer the Complaint by August 14, 2018. (Doc. 8). Good cause exists for this second requested extension of time. Defendant intends to file a motion to

105662994_1

transfer this case to another district and the additional time will allow the parties to resolve that issue before Defendant has to answer the Complaint. Accordingly, Defendant has requested, and Plaintiff has agreed to not oppose, an extension of 90 days to file and serve its answer or other response to the Complaint. The new deadline would be November 12, 2018.

Dated: August 7, 2018.

        LEWIS ROCA
        ROTHGERBER CHRISTIE LLP

        By: /s/ Meng Zhong
        Michael J. McCue
        Meng Zhong
        3993 Howard Hughes Pkwy, Suite 600
        Las Vegas, NV 89169-5996
        Tel: 702-949-8200
        E-mail: mmccue@lrrc.com
        E-mail: mzhong@lrrc.com

        DESMARAIS LLP
        John M. Desmarais
        *Pro hac vice* application to be submitted
        Ameet A. Modi
        *Pro hac vice* application to be submitted
        230 Park Avenue
        New York, New York 10169
        Tel: 212.351.3400
        E-mail: jdesmarais@desmaraisllp.com
        E-mail: amodi@desmaraisllp.com

        *Attorneys for Defendant Apple Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 8, 2018