| | |
|---|---|
| Michael J. McCue | Kurt R. Bonds |
| Nevada State Bar No. 0488 | Adam R. Knecht |
| Meng Zhong | ALVERSON, TAYLOR, MORTENSEN |
| Nevada State Bar No. 12145 | & SANDERS |
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | 6605 Grand Montecito Pkwy., Suite 200 |
| 3993 Howard Hughes Pkwy, Suite 600 | Las Vegas, NV 89149 |
| Las Vegas, NV 89169-5996 | Tel: 702-384-7000 |
| Tel: 702.949.8200 | E-mail: efile@alversontaylor.com |
| E-mail: mmccue@lrrc.com | |
| E-mail: mzhong@lrrc.com | Kevin N. Malek |
| | MALEK MOSS PLLC |
| John M. Desmarais (admitted *pro hac vice*) | 340 Madison Avenue, 19th Floor |
| Michael P. Stadnick (admitted *pro hac vice*) | New York, NY 10173 |
| Ameet A. Modi (admitted *pro hac vice*) | Tel: 212-812-1491 |
| Tom BenGera (admitted *pro hac vice*) | E-mail: kevin.malek@malekmoss.com |
| Michael Matulewicz-Crowley (admitted *pro hac vice*) | |
| DESMARAIS LLP | *Attorneys for Plaintiff Voip-Pal.com, Inc.* |
| 230 Park Avenue | |
| New York, NY 10169 | |
| Tel: (212) 351-3400 | |
| E-mail: jdesmarais@desmaraisllp.com | |
| E-mail: mstadnick@ desmaraisllp.com | |
| E-mail: amodi@desmaraisllp.com | |
| E-mail: tbengera@desmaraisllp.com | |
| E-mail: mmatulewicz-crowley.com@desmaraisllp.com | |

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VOIP-PAL.COM, INC., | Case No. 2:18-cv-00953-RFB-GWF |
| Plaintiff, | **STIPULATION AND ORDER TRANSFERRING THE CASE TO THE NORTHERN DISTRICT OF CALIFORNIA** |
| v. | |
| APPLE INC., | |
| Defendant. | |

Plaintiff VoIP-Pal.com, Inc. ("VoIP-Pal") and Defendant Apple Inc. ("Apple") agree and stipulate as follows:

WHEREAS VoIP-Pal filed a separate lawsuit against Cellco Partnership d/b/a Verizon Wireless ("Verizon") in this District asserting similar patents as are asserted in this litigation. *Voip-*

*Pal.com, Inc. v. Cellco Partnership d/b/a Verizon Wireless*, No. 2:16-cv-00271-RCJ-VCF (D. Nev.) (the "*Verizon* case");

WHEREAS Verizon filed on August 17, 2018 a Motion to Transfer Venue to the Northern District of California Pursuant to 28 U.S.C. § 1404(a), Dkt. No. 72 in the *Verizon* case. The Motion to Transfer is fully briefed as of September 11, 2018. VoIP-Pal no longer opposes Verizon's Motion to Transfer and the *Verizon* case was transferred to the Northern District of California on October 1, 2018;

WHEREAS VoIP-Pal filed a separate lawsuit against Twitter, Inc. in this District asserting similar patents as this litigation. *Voip-Pal.com, Inc. v. Twitter, Inc.*, No. 2:16-cv-02338-RFB-CWH (D. Nev.). The *Voip-Pal v. Twitter* case was transferred to the Northern District of California on July 23, 2018;

WHEREAS Voip-Pal has also filed this lawsuit against Apple and separate lawsuits against Apple, AT&T Corp. and Amazon.com, Inc. in this District. *VoIP-Pal.com, Inc. v. Apple, Inc.*, Case No. 2:18-cv-00953-RFB-GWF (D. Nev.); *VoIP-Pal.com, Inc. v. Apple, Inc.*, Case No. 2:16-cv-00260-RFB-VCF (D. Nev.) ("2016 *Apple* case"); *VoIP-Pal.com, Inc. v. AT&T, Inc.*, No. 2:18-cv-01129-RCJ (D. Nev.); *Voip-Pal.com, Inc. v. Amazon.com, Inc. et al.*, No. 2:18-cv-01076-MMD-VCF (D. Nev.). The cases involve similar allegations as this case. Voip-Pal consents to transfer of this case, and has consented to transfer of the 2016 *Apple* case and the *AT&T Corp.* and *Amazon.com, Inc.* cases, to the Northern District of California.

IT IS HEREBY STIPULATED that this case is transferred to the United States District Court for the Northern District of California. The Clerk of Court shall close this case in this District.

This Stipulation is filed in good faith and is not intended to cause unnecessary delay. The convenience of the parties and witnesses favors transfer to the Northern District of California. And because the *Twitter* and *Verizon* cases were transferred to California, and Voip-Pal consents to transfer of the 2016 *Apple* case and the *AT&T Corp.* and *Amazon.com, Inc.* cases, it would be

///

///

efficient for the parties and the Court to also transfer this case. There is thus good cause to transfer the case to the Northern District of California.

Dated: October 4, 2018

ALVERSON, TAYLOR,
MORTENSEN & SANDERS

By: */s/ Kevin N. Malek*
Kurt R. Bonds
Nevada Bar No. 6228
Adam R. Knecht
Nevada Bar No. 13166
7401 W. Charleston Boulevard
Las Vegas, NV 89117
(702) 384-7000
efile@alversontaylor.com

MALEK MOSS PLLC
Kevin N. Malek (Admitted *Pro Hac Vice*)
340 Madison Avenue, FL 19
New York, New York 10173
(212) 812-1491
kevin.malek@malekmoss.com

*Attorneys for Plaintiff Voip-Pal.com, Inc.*

Dated: October 4, 2018

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Michael J. McCue*
Michael J. McCue
Nevada State Bar No. 0488
Meng Zhong
Nevada State Bar No. 12145
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

DESMARAIS LLP
John M. Desmarais (admitted *pro hac vice*)
Michael P. Stadnick (admitted *pro hac vice*)
Ameet A. Modi (admitted *pro hac vice*)
Tom BenGera (admitted *pro hac vice*)
Michael Matulewicz-Crowley (admitted *pro hac vice*)
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
E-mail: jdesmarais@desmaraisllp.com
E-mail: mstadnick@desmaraisllp.com
E-mail: amodi@desmaraisllp.com
E-mail: tbengera@desmaraisllp.com
E-mail: mmatulewicz-crowley@desmaraisllp.com

*Attorneys for Defendant Apple Inc.*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: October 5, 2018